IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ARTIS LISBON
also known as
Bebe,

  Defendant.

CRIMINAL FILE NO.
1:10-CR-251-10-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 304] of the Magistrate Judge recommending denying the Defendant's Motions to Suppress [Doc. 178, 194 & 256]. No useful purpose would be served by repeating the facts and contentions of the parties set forth in the thorough and well-reasoned Report and Recommendation of the Magistrate Judge. The Magistrate Judge correctly found that the Defendant lacks standing to contest the search at 1899 Trotti Street. The items seized at 355 West Ponce de Leon Avenue were in plain view. There was probable cause to search the Chevrolet Malibu. The searches of the safe deposit boxes were supported by probable cause. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

The Defendant's Motions to Suppress [Doc. 178, 194 & 256] and Motion to Sever [Doc. 180] are DENIED.

SO ORDERED, this 2 day of December, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge