IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> CATARINO MORENO, <br>    Defendant. | CRIMINAL FILE NO. <br> 1:10-CR-251-6-TWT |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 406] of the Magistrate Judge recommending that the Defendant's Motion to Suppress [Doc. 369] be granted in part and denied in part. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 369] is GRANTED in part and DENIED in part.

SO ORDERED, this 29 day of March, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge