IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:10-CR-251-10-TWT |
| ARTIS LISBON<br>also known as<br>Bebe, | |
| Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 400] recommending denying the Defendant's Motion in Limine for Exclusion of Evidence [Doc. 355]. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the identification evidence should not be excluded. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion in Limine for Exclusion of Evidence [Doc. 355] is DENIED.

SO ORDERED, this 29 day of March, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge